United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCIA KANTER,

        Plaintiff,

      v.

CALIFORNIA ADMINISTRATIVE OFFICE
OF THE COURTS,

        Defendant.

_____/

No. C07-02423 EDL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

    IT IS SO ORDERED.

Dated: May 9, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge