IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA KANTER,<br><br>    Plaintiff(s),<br><br>v.<br><br>CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>    Defendant(s).<br>_____/ | No. C 07-2423 MJJ<br><br>**CLERK'S NOTICE**<br>**(Setting Status Conference in Reassigned case)** |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that this case, having been reassigned to the Honorable Martin J. Jenkins, is hereby scheduled for a Case Management Conference for **Tuesday, August 7, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco. A Joint Case Management Statement is due 7 days prior to the conference.

Dated:  May 22, 2007                              FOR THE COURT,

                                                          Richard W. Wieking, Clerk

                                                          By:_____
                                                                 Edward Butler
                                                                 Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.