1  KATHRYN BURKETT DICKSON (State Bar # 70636)
   DICKSON - ROSS LLP
2  1970 Broadway, Suite 1045
   Oakland, CA 94612
3  Telephone:  (510) 268-1999
   Facsimile:   (510) 268-3627
4  E-mail:     kbdickson@dicksonross.com

5  Attorneys for Plaintiff
   LUCIA KANTER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER, | Case No. C-07-2423 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS, | |
| Defendant. | |

PROOF OF SERVICE
Case No. C-07-2423                                                                 1

# PROOF OF SERVICE

I, Petra Wach, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Dickson - Ross LLP, 1970 Broadway, Suite 1045, Oakland, California 94612.

On May 22, 2007, I served the document named below on the parties in this action as follows:

*CLERK'S NOTICE (Setting Status Conference in Reassigned Case)*
*JUDGE MARTIN J. JENKINS - STANDING ORDER*

**X** **(BY MAIL)** I placed a true and correct copy of each document in a sealed envelope, with first-class postage fully prepaid thereon, addressed as indicated below, and caused it to be placed for collection in the United States mail at Oakland, California. The regular practice of this office with regard to the collection and processing of outgoing mail is to deposit such mail with the United States Postal Service on the same day as it is placed for collection.

**(BY FACSIMILE TRANSMISSION)** I caused a true and correct copy of each document to be sent via facsimile transmission to the number(s) listed below, and no errors were reported by the device.

**(BY OVERNIGHT MAIL)** I caused a true and correct copy of each document to be delivered by an overnight courier service to the address(es) listed below.

**(BY PERSONAL DELIVERY)** I caused each document to be personally served on the addressee(s) listed below.

Greg J. Richardson
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed by me this May 22, 2007 at Oakland, California.

_____
Petra Wach