KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:  (510) 268-1999
Facsimile:   (510) 268-3627
E-mail:      kbdickson@dicksonross.com

Attorneys for Plaintiff
LUCIA KANTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER, | ) Case No. C-07-2423 |
| Plaintiff, | ) |
| v. | ) **STIPULATION EXTENDING TIME TO** |
| CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS, | ) **ANSWER** |
| Defendant. | ) |

The parties, through their undersigned counsel, hereby stipulate that Defendant's time to answer the Complaint in the above-captioned case shall be extended by twenty (20) calendar

//
//
//
//
//
//

Stipulation Extending Time To Answer
Case No. C-07-2423

1

1  days.

2      IT IS SO STIPULATED.

3

4  Dated: May 22, 2007                 ***DICKSON-ROSS LLP***

5

6                                          By _____
7                                             Kathryn Burkett Dickson
                                           Attorneys for Plaintiff,
8                                             LUCIA KANTER

9

10 Dated: May 23, 2007                 ***HELLER EHRMAN WHITE & MCAULIFFE***

11

12                                         By _____
13                                            Greg Richardson
                                           Attorneys for Defendant,
14                                            CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Extending Time To Answer
Case No. C-07-2423                                                                                     2