KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:  (510) 268-1999
Facsimile:   (510) 268-3627
E-mail:       kbdickson@dicksonross.com

Attorneys for Plaintiff
LUCIA KANTER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER, | ) Case No. C-07-2423 |
| Plaintiff, | ) |
| v. | ) **STIPULATION EXTENDING TIME TO ANSWER** |
| CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS, | ) |
| Defendant. | ) |

        The parties, through their undersigned counsel, hereby stipulate that Defendant's time to

answer the Complaint in the above-captioned case shall be extended by twenty (20) calendar

//
//
//
//
//
//

1    days.

2         IT IS SO STIPULATED.

3

4    Dated: May 22, 2007                    *DICKSON-ROSS LLP*

5

6                                           By _Kathy Burkett Dickson_
7                                           Kathryn Burkett Dickson
                                            Attorneys for Plaintiff,
8                                           LUCIA KANTER

9

10   Dated: May 23, 2007                    *HELLER EHRMAN WHITE &*
                                            *MCAULIFFE*
11

12                                          By _Greg Richardson_
13                                          Greg Richardson
                                            Attorneys for Defendant,
14                                          CALIFORNIA ADMINISTRATIVE
                                            OFFICE OF THE COURTS

15

16

17                    IT IS SO ORDERED

18                    _Martin J. Jenkins_

19                    Judge Martin J. Jenkins

20                    May 29, 2007

21

22

23

24

25

26

27

28