KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:  (510) 268-1999
Facsimile:   (510) 268-3627
E-mail:      kbdickson@dicksonross.com

Attorneys for Plaintiff
LUCIA KANTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER, | Case No. C-07-2423 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE RE SUMMONS AND COMPLAINT** |
| CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS, | |
| Defendant. | |

Proof Of Service Re Summons And Complaint
Case No. C-07-2423

1

**PROOF OF SERVICE**

I, Petra Wach, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Dickson - Ross LLP, 1970 Broadway, Suite 1045, Oakland, California 94612.

On May 22, 2007, pursuant to an agreement between the parties, I served the Summons and Complaint in this action, along with the other documents named below, on counsel on the parties in this action as follows:

*Order Setting Initial Case Management Conference And ADR Deadlines; Standing Order Re Case Management Conference; Civil Cover Sheet; Notice Of Assignment Of Case To A U.S. Magistrate Judge For Trial; Consent/Declination To Proceed Before A U.S. Magistrate Judge; Welcome To the U.S. District Court, San Francisco; ECF Registration Information Handout; Notice And Acknowledgment Of Receipt - Civil*

**(BY MAIL)** I placed a true and correct copy of each document in a sealed envelope, with first-class postage fully prepaid thereon, addressed as indicated below, and caused it to be placed for collection in the United States mail at Oakland, California. The regular practice of this office with regard to the collection and processing of outgoing mail is to deposit such mail with the United States Postal Service on the same day as it is placed for collection.

**(BY FACSIMILE TRANSMISSION)** I caused a true and correct copy of each document to be sent via facsimile transmission to the number(s) listed below, and no errors were reported by the device.

X   **(BY OVERNIGHT MAIL)** I caused a true and correct copy of each document to be delivered by an overnight courier service to the address(es) listed below.

**(BY PERSONAL DELIVERY)** I caused each document to be personally served on the addressee(s) listed below.

Greg J. Richardson
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Defendant's counsel signed the Notice and Acknowledgment of Receipt – Civil, on May 23, 2007, rendering service complete on that date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed by me this June 4, 2007 at Oakland, California.

_____
Petra Wach