PATRICIA K. GILLETTE (Bar No. 74461)
GREG J. RICHARDSON (Bar No. 203788)
BROOKE D. ANDRICH (Bar No. 238836)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER,<br><br>                               Plaintiff,<br><br>      v.<br><br>CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>                               Defendant. | Case No.: C 07 2423 MJJ<br><br>**DEFENDANT'S CIVIL L.R. 3-16 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Heller
Ehrman LLP

DEFENDANT'S CIVIL L.R. 3-16 CERTIFICATE:  CASE NO. C 07 2423 MJJ

1  Pursuant to Civil Local Rule 3-16, Defendant California Administrative Office of the Courts hereby certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED:    July 2, 2007

                          Respectfully submitted,

                          HELLER EHRMAN LLP

                          By  /S/ Brooke D. Andrich
                               PATRICIA K. GILLETTE
                               GREG J. RICHARDSON
                               BROOKE D. ANDRICH
                               Attorneys for Defendant
                               CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS