1  KATHRYN BURKETT DICKSON (State Bar # 70636)
   DICKSON - ROSS LLP
2  1970 Broadway, Suite 1045
   Oakland, CA 94612
3  Telephone: (510) 268-1999
   Facsimile: (510) 268-3627
4  E-mail: kbdickson@dicksonross.com

5  Attorneys for Plaintiff
   LUCIA KANTER
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 LUCIA KANTER,                        ) Case No. C-07-2423
                                        )
13         Plaintiff,                   )
                                        )
14 v.                                   )
                                        ) STIPULATION TO CONTINUE CASE
15 CALIFORNIA ADMINISTRATIVE OFFICE     ) MANAGEMENT CONFERENCE;
   OF THE COURTS,                       ) DECLARATION OF KATHRYN
16                                      ) BURKETT DICKSON IN SUPPORT OF
                                        ) REQUEST FOR CONTINUANCE
17         Defendant.                   )
                                        ) CMC Date:  August 7, 2007
18                                      ) Time:      2:00 p.m.
                                        ) Judge:     Hon. Martin J. Jenkins
19                                      )
   _____)
20

21                            **STIPULATION**

22     The parties, through their undersigned counsel, hereby request and stipulate that, subject
23 to the Court's approval, the Case Management Conference currently scheduled for August 7,
24 //
25 //
26 //
27 //
28

Stipulation to Continue Case Management Conference
Case No. C-07-2423                                                                    1

2007, be continued to August 28, 2007.

IT IS SO STIPULATED.

Dated: July 11, 2007                                    **DICKSON-ROSS LLP**

By _/s/ Kathryn Burkett Dickson_
Kathryn Burektt Dickson
Attorneys for Plaintiff,
LUCIA KANTER

Dated: July 11, 2007                                    **HELLER EHRMAN LLP**

By _/s/ Brooke D. Andrich_
Greg J. Richardson
Brooke Andrich
Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE
OFFICE OF THE COURTS

## DECLARATION OF KATHRYN BURKETT DICKSON

I, Kathryn Burkett Dickson, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I submit this declaration in support of the parties' request to continue the Case Management Conference from August 7, 2007 to August 28, 2007.

2. The Complaint in this case was filed on May 4, 2007. Defendant filed its Answer on July 2, 2007, just one week ago.

3. I will be out of town on vacation from July 18, 2007 through August 7, 2007, and will not be returning to town until the afternoon of August 7th – the day of the Case Management Conference. Due to heavy litigation calendars and complex summer schedules, the parties will be unable to complete the meet and confer process, exchange initial disclosures, and file the Case Management Conference, before my departure next Tuesday.

4. Continuing the Case Management Conference to August 28th, will enable the parties to fully meet and confer on all issues and exchange complete initial disclosures shortly

following my return, and to prepare the required Case Management Conference Statement sufficiently in advance of the Case Management Conference. In addition, a continuance would eliminate the obvious difficulty presented by the fact that, under the current schedule, I will not be returning from out of town in time to attend the Conference on August 7th.

4. Both parties in this case are represented by experienced and cooperative counsel. This short continuance will enable us to have more meaningful meet and confer discussions, and to ensure that our initial disclosures are accurate and complete. In so doing, I believe the continuance will promote the efficient and expeditious prosecution of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 11, 2007, in Oakland, California.

*/s/ Kathy Burkett Dickson*
KATHRYN BURKETT DICKSON