KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:  (510) 268-1999
Facsimile:   (510) 268-3627
E-mail:     kbdickson@dicksonross.com

Attorneys for Plaintiff
LUCIA KANTER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER, | Case No. C-07-2423 |
| Plaintiff, | |
| v. | |
| CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS, | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | CMC Date: August 7, 2007 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Martin J. Jenkins |

The parties having requested and stipulated to a continuance of the Case Management Conference from August 7, 2007, to August 28, 2007, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference is continued to Tuesday, August 28, 2007, at 2:00 p.m., in Courtroom 11.

IT IS SO ORDERED.

Dated: _____            _____
                                          United States District Court Judge

[Proposed] Order Continuing Case Management Conference                    1
Case No. C-07-2423                                                        1