UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|                     |                                         |
|---------------------|-----------------------------------------|
|                     | Case No.                                |
| Plaintiff(s),       |                                         |
|                     | ADR CERTIFICATION BY PARTIES            |
|                     | AND COUNSEL                             |
| v.                  |                                         |
|                     |                                         |
| Defendant(s).       |                                         |

_____/

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                          _____
                                                            [Party]

Dated: _____                                          _____
                                                            [Counsel]