1  KATHRYN BURKETT DICKSON (State Bar # 70636)
   DICKSON - ROSS LLP
2  1970 Broadway, Suite 1045
   Oakland, CA 94612
3  Telephone:  (510) 268-1999
   Facsimile:   (510) 268-3627
4  E-mail:       kbdickson@dicksonross.com

5  Attorneys for Plaintiff
   LUCIA KANTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER, | Case No. C-07-2423 |
| Plaintiff, | **PLAINTIFF'S CIVIL L.R. 3-16 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-16, Plaintiff Lucia Kanter certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

///

///

PLAINTIFF'S CIVIL L.R. 3-16 CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS                                                                                          1
Case No. C-07-2423

1 | substantially affected by the outcome of this proceeding, other than the parties themselves.

2 | DATED: August 13, 2007

                                      Respectfully submitted,

                                      *DICKSON - ROSS LLP*
                                      1970 Broadway, Suite 1045
                                      Oakland, CA 94612

                     By: _Kathryn Burkett Dickson_ (signature)
                                      Kathryn Burkett Dickson
                                      Counsel for Plaintiff
                                      LUCIA KANTER