PATRICIA K. GILLETTE (Bar No. 74461)
GREG J. RICHARDSON (Bar No. 203788)
BROOKE D. ANDRICH (Bar No. 238836)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: brooke.andrich@hellerehrman.com

Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER,<br><br>                     Plaintiff,<br><br>   v.<br><br>CALIFORNIA ADMINISTRATIVE<br>OFFICE OF THE COURTS,<br><br>                 Defendant. | Case No.: C 07 2423 MJJ<br><br>**JOINT STIPULATION FOR FILING OF AMENDED ANSWER** |

Heller
Ehrman LLP

JOINT STIPULATION FOR FILING OF AMENDED ANSWER:  CASE NO. C 07 2423 MJJ

1  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 15(a),

2  by and between Plaintiff Lucia Kanter ("Plaintiff") and Defendant California

3  Administrative Office of the Courts ("Defendant") through their respective attorneys of

4  record that Defendant may file an Amended Answer, a copy of which is attached hereto.

5  IT IS FURTHER STIPULATED that Plaintiff waives notice and service of the

6  Amended Answer.

7

8  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9

10  Dated: 8/27/07                    DICKSON – ROSS LLP

11

12                                    By:_____

13                                    KATHRYN BURKETT DICKSON

14                                    JEFFREY A. ROSS
                                      Attorneys for Plaintiff

15                                    LUCIA KANTER

16

17  Dated: 28 August 2007             HELLER EHRMAN LLP

18

19                                    By _____

20                                    PATRICIA K. GILLETTE
                                      GREG J. RICHARDSON

21                                    BROOKE D. ANDRICH
                                      Attorneys for Defendant

22                                    CALIFORNIA ADMINISTRATIVE OFFICE OF
                                      THE COURTS

23

24

25

26

27

Heller
Ehrman LLP    28

JOINT STIPULATION FOR FILING OF AMENDED ANSWER:  CASE NO. C 07 2423 MJJ