PATRICIA K. GILLETTE (Bar No. 74461)
GREG J. RICHARDSON (Bar No. 203788)
BROOKE D. ANDRICH (Bar No. 238836)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: brooke.andrich@hellerehrman.com

Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>    Defendant. | Case No.: C 07 2423 MJJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF GREG J. RICHARDSON IN SUPPORT OF REQUEST FOR CONTINUANCE**<br><br>CMC Date:   September 18, 2007<br>Time:           2:00 p.m.<br>Judge:         Hon. Martin J. Jenkins |

Heller Ehrman LLP

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE: CASE NO. C 07 2423 MJJ

## STIPULATION

The parties, through their undersigned counsel, hereby request and stipulate that, subject to the Court's approval, the Case Management Conference currently scheduled for September 18, 2007, be continued to September 25, 2007. As set forth in the Declaration of Greg J. Richardson herein, the reason for this request is that Defendant's counsel is unavailable on September 18, 2007 for the Case Management Conference.

IT IS SO STIUPLATED

Dated: 8/28/07            DICKSON – ROSS LLP

By: _____
KATHRYN BURKETT DICKSON
JEFFREY A. ROSS
Attorneys for Plaintiff
LUCIA KANTER

Dated: 8/28/07            HELLER EHRMAN LLP,

By _____
PATRICIA K. GILLETTE
GREG J. RICHARDSON
BROOKE D. ANDRICH
Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

## DECLARATION OF GREG J. RICHARDSON

I, Greg J. Richardson, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am one of the counsel representing Defendant in this matter. I submit this declaration in support of the parties' request to continue the Case Management Conference from September 18, 2007 to September 25, 2007.

2. The Case Management Conference was previously scheduled for August 28, 2007.

1
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE: CASE NO. C 07 2423 MJJ

1 | The Court continued this conference to September 18, 2007.

2 |     3.    Neither Patricia K. Gillette nor I can attend the Case Management Conference as currently scheduled. Ms. Gillette has previously scheduled a business trip to the East Coast on that day. I will be out of the office on a pre-paid, pre-planned vacation on September 18, 2007, returning September 24, 2007. I will therefore be able to attend a Case Management Conference on September 25, 2007.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 28, 2007 in San Francisco, California.

_____
GREG J. RICHARDSON