PATRICIA K. GILLETTE (Bar No. 74461)
GREG J. RICHARDSON (Bar No. 203788)
BROOKE D. ANDRICH (Bar No. 238836)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: brooke.andrich@hellerehrman.com

Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>         Defendant. | Case No.: C 07 2423 MJJ<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   September 18, 2007<br>Time:            2:00 p.m.<br>Judge:          Hon. Martin J. Jenkins |

The parties having requested and stipulated to a continuance of the Case Management Conference from September 18, 2007 at 2:00 p.m. to September 25, 2007 at 2:00 p.m., and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference is continued to September 25, 2007 at 2:00 p.m. in Courtroom 11.

Date:

THE HONORABLE MARTIN J. JENKINS

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE:  CASE NO. C 07 2423 MJJ