PATRICIA K. GILLETTE (Bar No. 74461)
GREG J. RICHARDSON (Bar No. 203788)
BROOKE D. ANDRICH (Bar No. 238836)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: brooke.andrich@hellerehrman.com

Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER,<br><br>                    Plaintiff,<br><br>     v.<br><br>CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>                    Defendant. | Case No.: C 07 2423 MJJ<br><br>**JOINT STIPULATION FOR FILING OF AMENDED ANSWER** |

JOINT STIPULATION FOR FILING OF AMENDED ANSWER:  CASE NO. C 07 2423 MJJ

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 15(a), by and between Plaintiff Lucia Kanter ("Plaintiff") and Defendant California Administrative Office of the Courts ("Defendant") through their respective attorneys of record that Defendant may file an Amended Answer, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that Plaintiff waives notice and service of the Amended Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: 8/27/07            DICKSON – ROSS LLP

By: _____
KATHRYN BURKETT DICKSON
JEFFREY A. ROSS
Attorneys for Plaintiff
LUCIA KANTER

Dated: 28 August 2007     HELLER EHRMAN LLP

By _____
PATRICIA K. GILLETTE
GREG J. RICHARDSON
BROOKE D. ANDRICH
Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS

**IT IS SO ORDERED**
Judge Martin J. Jenkins
Dated: 9/4/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Heller Ehrman LLP

1

JOINT STIPULATION FOR FILING OF AMENDED ANSWER: CASE NO. C 07 2423 MJJ