# HellerEhrman LLP

September 25, 2007

Via Facsimile Only (415-522-3605)

Brooke D. Andrich
brooke.andrich@hellerehrman.com
Direct +1 (415) 772-6336
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

41430.0002

**Filed**
SEP 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Martin J. Jenkins
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: **Lucia Kanter v. California Administrative Office of the Courts,**
**Case No. 07-2423-MJJ**

Dear Judge Jenkins:

    This letter confirms my voicemail to your scheduling clerk requesting that the Case Management Conference scheduled to take place in the above-referenced case today, September 25, 2007, at 2:00 p.m. be vacated. The parties have agreed that Plaintiff will dismiss the present action shortly and refile in state court.

    Thank you for your assistance with this matter. If I can provide any further information, please call me at (415) 772-6336.

Sincerely yours,

Brooke D. Andrich

cc: Jeffrey A. Ross, Esq., Counsel for Plaintiff
California Administrative Office of the Courts

Heller Ehrman LLP  333 Bush Street  San Francisco, CA 94104-2878  www.hellerehrman.com

Beijing  Hong Kong  London  Los Angeles  Madison, WI  New York  San Diego  San Francisco  Seattle/Anchorage  Silicon Valley  Singapore  Washington, D.C.