IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Lucia Kanter,**

        Plaintiff(s),

v.

**California Administrative Office of the Courts,**

        Defendant(s),

No. C07-2423 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** pursuant to Brooke D. Andrich's letter dated September 25, 2007 stating "this case will dismissed shortly and re-filed in state court " the Case Management Conference set for **September 25, 2007 at 2:00 p.m.** before the Honorable Martin J. Jenkins is VACATED.

Dated: September 24, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
Lashanda Scott
Courtroom Deputy