KATHRYN BURKETT DICKSON (State Bar # 70636)
JEFFREY A. ROSS (State Bar #116601)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone: (510) 268-1999
Facsimile: (510) 268-3627
E-mail: kbdickson@dicksonross.com

Attorneys for Plaintiff
LUCIA KANTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER, | ) Case No. C-07-2423 |
| Plaintiff, | ) |
| | ) STIPULATION OF DISMISSAL |
| v. | ) |
| CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

1. Plaintiff's claims under the Americans with Disabilities Act (Second Claim for Relief) and 42 U.S.C. §1983 (Seventh Claim for Relief) are dismissed with prejudice.

2. Plaintiff's claims under the Fair Employment and Housing Act (First, Third and Fifth Claims for Relief) and Title VII of the Civil Rights Act of 1964 (Fourth Claim for Relief),

and Plaintiff's claim for Wrongful Termination in Violation of Public Policy (Tenth Claim for Relief), are dismissed without prejudice.

3. Plaintiff may re-file in state court those claims dismissed without prejudice, and the statute of limitations on those claims shall be tolled as of May 4, 2007, the date on which this federal court action was filed.

IT IS SO STIPULATED.

*DICKSON - ROSS LLP*

Dated: September 26, 2007      By: _____
KATHRYN BURKETT DICKSON
Attorneys for Plaintiff
LUCIA KANTER

*HELLER EHRMAN LLP*

Dated: ~~September 26~~ October 2, 2007      By: _____
PATRICIA K. GILLETTE
GREG J. RICHARDSON
BROOKE D. ANDRICH
Attorneys for Defendant
CALIFORNIA ADMINISTRATIVE
OFFICE OF THE COURTS