KATHRYN BURKETT DICKSON (State Bar # 70636)
JEFFREY A. ROSS (State Bar #116601)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:   (510) 268-1999
Facsimile:    (510) 268-3627
E-mail:       kbdickson@dicksonross.com

Attorneys for Plaintiff
LUCIA KANTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIA KANTER,<br><br>            Plaintiff,<br><br>v.<br><br>CALIFORNIA ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>            Defendant.<br>_____ | Case No. C-07-2423<br><br>**STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

   1.   Plaintiff's claims under the Americans with Disabilities Act (Second Claim for Relief) and 42 U.S.C. §1983 (Seventh Claim for Relief) are dismissed with prejudice.

   2.   Plaintiff's claims under the Fair Employment and Housing Act (First, Third and Fifth Claims for Relief) and Title VII of the Civil Rights Act of 1964 (Fourth Claim for Relief),

1  and Plaintiff's claim for Wrongful Termination in Violation of Public Policy (Tenth Claim for
2  Relief), are dismissed without prejudice.
3       3.   Plaintiff may re-file in state court those claims dismissed without prejudice, and
4  the statute of limitations on those claims shall be tolled as of May 4, 2007, the date on which this
5  federal court action was filed.
6       IT IS SO STIPULATED.

*DICKSON - ROSS LLP*

Dated: September 26, 2007    By: _/s/ Kathryn Burkett Dickson_
                                  KATHRYN BURKETT DICKSON
                                  Attorneys for Plaintiff
                                  LUCIA KANTER

*HELLER EHRMAN LLP*

Dated: ~~September 26~~ October 2, 2007    By: _/s/ Brooke D. Andrich_
                                  PATRICIA K. GILLETTE
                                  GREG J. RICHARDSON
                                  BROOKE D. ANDRICH
                                  Attorneys for Defendant
                                  CALIFORNIA ADMINISTRATIVE
                                  OFFICE OF THE COURTS



IT IS SO ORDERED
Judge Martin J. Jenkins
10/10/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA